

JEREMIAH VERNON WEBB,

Plaintiff,

v.	CASE NO.:8:25-cv-01835-JLB-CPT

DIOCESE OF VENICE IN FLORIDA, INC.;

AMY YAGER, individually;

JOHN DOE(S); and JANE DOE(S),

Defendant.

---

## NOTICE OF FILING VERIFIED FIRST AMENDED COMPLAINT

Plaintiff, Jeremiah Vernon Webb, appearing pro se, respectfully files and gives notice to the Court and all parties of record that he has filed his Verified First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1) and the Court's prior directives.

This Amended Complaint supersedes all prior pleadings and is filed in compliance with the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the Court's recommendations for amendment.

A true and correct copy of the Verified First Amended Complaint (42 U.S.C. § 1983 – Federal Civil Rights Action) is attached hereto and incorporated by reference.

Respectfully submitted this 27th day of October, 2025.

_____
Jeremiah Vernon Webb, Pro Se

11121 Lost Creek Terrace, Unit 101
Bradenton, FL 34211
Email: miahwebb@yahoo.com
Phone: (801) 755-9600

## CERTIFICATE OF SERVICE

I certify that on October 27, 2025, I filed or delivered this Verified First Amended Complaint to the Clerk of Court (Tampa Division) and will serve copies by U.S. Mail upon each Defendant pursuant to Fed. R. Civ. P. 5(b) and Local Rule 1.08.

Jeremiah Vernon Webb, Pro Se
11121 Lost Creek Terrace, Unit 101
Bradenton, FL 34211
Email: miahwebb@yahoo.com
Phone: (801) 755-9600