UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

JEREMIAH VERNON WEBB,

Plaintiff,

v.                                                          CASE NO.:8:25-cv-01835-JLB-CPT

DIOCESE OF VENICE IN FLORIDA, INC.;

AMY YAGER, individually;

JOHN DOE(S); and JANE DOE(S),

Defendant.

# NOTICE OF COMPLIANCE WITH REPORT AND RECOMMENDATION (DOC. 8) AND REQUEST FOR IFP RULING

Plaintiff, Jeremiah Vernon Webb, proceeding *pro se*, states:

1. On October 22, 2025, the Magistrate Judge issued an R&R (Doc. 8) recommending denial of IFP without prejudice and dismissal of the original complaint with leave to amend based on the domestic-relations exception risk and Rules 8/10 deficiencies.

2. On October 29, 2025, Plaintiff filed a Verified First Amended Complaint (Doc. 9) that: (a) expressly disclaims any custody/visitation relief and seeks only federal §1983 remedies; and (b) pleads discrete counts with supporting facts in compliance with Rules 8(a) and 10(b).

3. The amended complaint therefore cures the deficiencies identified in the R&R and moots the dismissal recommendation as to the original pleading.

4. Plaintiff respectfully requests entry of an order granting the IFP application (Doc. 2) or, alternatively, any further screening consistent with 28 U.S.C. § 1915(e)(2) based on the amended complaint (Doc. 9).

Local Rule 3.01(g) Certification:

Pursuant to Local Rule 3.01(g), Plaintiff certifies that no Defendant has appeared or been served in this action as of the date of this filing. Accordingly, conferral was not possible. Plaintiff will promptly confer and supplement this certification if and when any Defendant appears.

Respectfully submitted this 7th day of November, 2025.

Jeremiah Vernon Webb, Pro Se

### Certificate of Service

I certify that on November 7, 2025, I mailed the foregoing *Notice of Compliance with Report and Recommendation (Doc. 8) and Request for IFP Ruling* to the Clerk of the U.S. District Court, Middle District of Florida, Tampa Division, for filing, and that no defendants have yet appeared for service.

Respectfully submitted,

Jeremiah Vernon Webb, Pro Se
11121 Lost Creek Terrace, Unit 101
Lakewood Ranch, FL 34211
Email: miahwebb@yahoo.com
Telephone: (801) 755-9600



FROM:
JEREMIAH VERNON WEBB
11121 Lost Creek Terr
Bradenton, FL 34211

TO:
CLERK OF COURT
SAM GIBBONS FEDERAL COURTHOUSE
801 N FLORIDA AVE
TAMPA, FL 33602

Retail
RDC 99

Screened by
USM

Utility Mailer

PULL TAB TO OPEN

r
ble inside dimension)

ycle

Utility Mailer



AIC-093
Product Code 93300007 - March 2019
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.



D STATES
L SERVICE ®