UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

JEREMIAH VERNON WEBB,

Plaintiff,

v.                                                    CASE NO.:8:25-cv-01835-JLB-CPT

DIOCESE OF VENICE IN FLORIDA, INC.;

AMY YAGER, individually;

JOHN DOE(S); and JANE DOE(S),

Defendant.

_____

## RENEWED MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff, Jeremiah Vernon Webb, proceeding pro se, respectfully renews his request to proceed in this action in forma pauperis and states:

1. On March 18, 2026, the Court entered a Text Order denying as moot the Magistrate Judge's Report and Recommendation (Doc. 8) and Plaintiff's prior Motion to Proceed In Forma Pauperis (Doc. 2) in light of Plaintiff's First Amended Complaint (Doc. 9).

2. In that Order, the Court directed Plaintiff, on or before April 1, 2026, to either pay the filing fee or file a renewed motion to proceed in forma pauperis. The Court cited 28 U.S.C. § 1915, which permits a litigant to proceed without prepaying the filing fee upon submission of an affidavit showing inability to pay.

3. Plaintiff files this renewed motion in compliance with the Court's March 18, 2026 Order.

4. Plaintiff is unable to prepay the filing fee without substantial hardship and without depriving himself of the necessities of life.

5. In support, Plaintiff contemporaneously submits an updated Application to Proceed in District Court Without Prepaying Fees or Costs / affidavit of indigency setting forth his current financial condition under penalty of perjury.

6. Plaintiff respectfully requests that the Court evaluate his present financial circumstances based on the renewed application and affidavit and permit this action to proceed under 28 U.S.C. § 1915.

Local Rule 3.01(g) Certification:

Pursuant to Local Rule 3.01(g), Plaintiff certifies that no Defendant has

appeared in this action as of the date of this filing. Accordingly, conferral was not possible.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Renewed Motion to Proceed In Forma Pauperis.

Respectfully submitted this 1st day of April, 2026.

JEREMIAH VERNON WEBB
Respondent/Father, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211-
801-755-9600
jeremiah@shoponfire.com

## Certificate of Service

I certify that on April 1, 2026, I mailed the foregoing Renewed Motion to Proceed In Forma Pauperis to the Clerk of the U.S. District Court, Middle District of Florida, Tampa Division, for filing, and that no Defendants have yet appeared for service.

JEREMIAH VERNON WEBB
Respondent/Father, pro se
11121 Lost Creek Terr 101
Bradenton, FL 34211-
801-755-9600
jeremiah@shoponfire.com

APR 1 2026 PM 12:55
FILED - USDC - FLMD Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida ▼

JEREMIAH VERNON WEBB,                    )
_____          )
*Plaintiff/Petitioner*                   )
v.                                       )   Civil Action No.  CASE NO.:8:25-cv-01835-JLB-CF
DIOCESE OF VENICE IN FLORIDA, INC. et al., )
_____          )
*Defendant/Respondent*                   )

## AMENDED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: April 1, 2026 |

1.   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 1,500.00 | $ 0.00 | $ 1,500.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ **1,500.00** | $ **0.00** | $ **1,500.00** | $ **0.00** |

2.     List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Shop On Fire | 8625 Midnight Pass Rd, Sarasota, FL | February 1, 2012 - PRESENT | $ 1,500.00 |
| | | | $ |

3.     List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.     How much cash do you and your spouse have? $ _____200.00_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wells Fargo | Checking | $ 200.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $                           0.00 |
| Other real estate *(Value)* | $                           0.00 |
| Motor vehicle #1 *(Value)* | $                           0.00 |
| Make and year:  None | |
| Model:           None | |
| Registration #: None | |
| Motor vehicle #2 *(Value)* | $                           0.00 |
| Make and year:  None | |
| Model:           None | |
| Registration #: None | |
| Other assets *(Value)* | $                           0.00 |
| Other assets *(Value)* | $                           0.00 |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| | $                     0.00 | $                      0.00 |
| | $                     0.00 | $                      0.00 |
| | $                     0.00 | $                      0.00 |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| B.A.W. | Daughter | 13 |
| | | |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.     Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| **Rent or home-mortgage payment** *(including lot rented for mobile home)*<br>  Are real estate taxes included?   ☐ Yes   ☑ No<br>  Is property insurance included?  ☐ Yes   ☑ No | $ 400.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 50.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 150.00 | $ 0.00 |
| Clothing | $ 10.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 15.00 | $ 0.00 |
| Medical and dental expenses | $ 100.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 250.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|   Homeowner's or renter's: n/a | $ 0.00 | $ 0.00 |
|   Life:              n/a | $ 0.00 | $ 0.00 |
|   Health:          n/a | $ 0.00 | $ 0.00 |
|   Motor vehicle:   n/a | $ 0.00 | $ 0.00 |
|   Other:            n/a | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 0.00 | $ 0.00 |
| Installment payments | | |
|   Motor vehicle:   Santander | $ 350.00 | $ 0.00 |
|   Credit card *(name):*   Concora | $ 400.00 | $ 0.00 |
|   Department store *(name):*  n/a | $ 0.00 | $ 0.00 |
|   Other:            Loans $300,000+ | $ 550.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 280.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 2,565.00 | $ 0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☑ No

If yes, how much?   $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
Have exhanusted all of my funds on legal issues for justice and rights and spend the rest on raising kids and ensuring they are all at their sporting, circus, theater, football, soccer, and tennis practices and performances.

12. Identify the city and state of your legal residence.
Bradenton, FL

Your daytime phone number:   (801) 755-9600

Your age: __49__   Your years of schooling: __19__